IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PRESTON GRIMES,

    Petitioner,

v.

MIKE WENEROWICZ, et al.,

    Defendants.

3:13-CV-01819
(JUDGE MARIANI)

FILED
SCRANTON
NOV - 1 2013
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 1ST DAY OF NOVEMBER, 2013**, upon *de novo* review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 9), Petitioner's Objections thereto (Doc. 10), and all other pertinent filings (Docs. 1, 6, 7), **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**, for the reasons set forth therein.
2. Petitioner's Objections (Doc. 10) are **OVERRULED**.
3. The Petition (Doc. 1) is **DENIED** with prejudice.
4. A Certificate of Appealability shall **NOT ISSUE**.
5. The Clerk of Court is directed to **CLOSE THE CASE**.

Robert D. Mariani
United States District Judge